[No. 1747-1.    Division One.    January 14, 1974.]

GEORGE W. GRAETZ et al., Appellants, v. PACIFIC NORTHWEST BELL, Respondent.

Appeal from a judgment of the Superior Court for King County, No. 735836, Robert M. Elston, J., entered June 2, 1972. Affirmed by unpublished opinion per Horowitz, J., concurred in by Williams and Callow, JJ.

[No. 1653-1.    Division One.    January 14, 1974.]

EDWARD LEWIS BURKEY et al., Respondents, v. JOSEPH MEZISTRANO et al., Appellants.

Appeal from a judgment of the Superior Court for King County, No. 713562, James J. Dore, J., entered April 14, 1972. Affirmed by unpublished opinion per Callow, J., concurred in by Swanson, C.J., and Horowitz, J.

[No. 1777-1.    Division One.    January 14, 1974.]

THE STATE OF WASHINGTON, Respondent, v. GEORGE WALLACE MARSHALL, Appellant.

Appeal from a judgment of the Superior Court for King County, No. 60158, James W. Mifflin, J., entered June 27, 1972. Affirmed by unpublished opinion per Williams, J., concurred in by Farris and Callow, JJ.

[No. 2195-1.    Division One.    January 14, 1974.]

THE STATE OF WASHINGTON, Respondent, v. BOBBY RAY NELSON, Appellant.

Appeal from a judgment of the Superior Court for King County, No. 62844. Robert M. Elston, J., entered February 7, 1973. Affirmed by unpublished opinion per Callow, J., concurred in by Farris and Williams, JJ.